# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10164

_____

UNITED STATES OF AMERICA,

                                                     Plaintiff-Appellee,

*versus*

EDWARD WALKER,

                                                     Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:20-cr-20087-AHS-1

_____

_____

2                     Order of the Court                     22-10164

No. 22-10782

_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

*versus*

EDWARD WALKER,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:20-cr-20087-AHS-1

_____

ORDER:

Appellee's motion to appear remotely for oral argument is GRANTED.

/s/ William H. Pryor Jr.
CHIEF JUDGE